1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA YOUNG,

    Plaintiff,

v.

KNOWLEDGE LEARNING CORPORATION,

    Defendant.

CASE NO. C05-1740RSM

ORDER OF VOLUNTARY DISMISSAL

15     This matter comes before the Court on defendant's motion for summary judgment and
16 plaintiff's related motion for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules
17 of Civil Procedure. (Dkts. #7 and #10).
18     On September 14, 2005, plaintiff filed the instant lawsuit in the King County Superior
19 Court, alleging that defendant had unlawfully denied her medical and dental benefits that were
20 due to her under an existing employee benefit plan. (Dkt. #1). Defendant removed the action to
21 this Court, asserting federal jurisdiction under the Employee Retirement Income Security Act of
22 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*, by which its benefit plan is governed. Defendant
23 then filed its pending motion for summary judgment, arguing first that plaintiff has asserted state
24 law claims, and those claims should be dismissed because they are preempted by ERISA, and
25
26 ORDER OF DISMISSAL
PAGE – 1

second, that in any event, plaintiff had been given the opportunity to enroll in its benefits programs, but failed to enroll in such programs, and therefore, her claims are now precluded.

Plaintiff then filed a Motion for Voluntary Dismissal of her case. (Dkt. #10). In that motion, plaintiff's counsel explains that plaintiff has moved out of state, he has been unable to contact her, and she has failed to contact him, and therefore, he is unable to adequately prepare a response to defendant's motion for summary judgment. Accordingly, he asks the Court to grant voluntary dismissal of the action without prejudice.

Plaintiff also subsequently filed a response to defendant's motion for summary judgment. (Dkt. #11). Plaintiff's counsel reiterates the reasoning behind his motion for voluntary dismissal, and asks that the Court rule on that motion prior to making a ruling on the motion for summary judgment.

Defendant has failed to respond to plaintiff's motion for voluntary dismissal. Defendant has also declined to file a reply in support of its motion for summary judgment. Therefore, the Court can only assume that defendant does not oppose voluntary dismissal. Accordingly, and in the interest of judicial economy, the Court will resolve both pending motions in this Order.

Having reviewed defendant's Motion for Summary Judgment, plaintiff's Motion for Voluntary Dismissal, plaintiff's response to the motion to dismiss, and the remainder of the record, the Court does hereby find and ORDER:

(1) Plaintiff's Motion for Voluntary Dismissal (Dkt. #10) is GRANTED, and this case is DISMISSED without prejudice. The Court finds good cause for the dismissal, and defendant has provided no legal argument or authority to the contrary. This District's local rules state that "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rule CR 7(b)(2). Having reviewed the record in this case, the Court finds no reason not to apply this rule.

ORDER OF DISMISSAL
PAGE – 2

1     (2)  Having determined that voluntary dismissal is appropriate in this case, the Court finds

2 that defendant's Motion for Summary Judgment (Dkt. #7) is now moot.

3     (3)  The Clerk is directed to forward a copy of this Order to all counsel of record.

4     DATED this 17 day of January 2006.

                                                   RICARDO S. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE – 3